AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

RECEIVED
U.S. MARSHALS
EASTERN OK[...]
2021 FEB 24  AM 10: 13

| United States of America<br>v.<br>Jerry Ryals<br><br>*Defendant* | ) ) ) ) ) ) ) | Case: 1:21-mj-00251<br>Assigned to: Judge Faruqui, Zia M<br>Assign Date: 2/22/2021<br>Description: COMPLAINT W/ARREST WARRANT |
|---|---|---|

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Jerry Ryals                                                                           ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1512(c)(2)- Obstructing or Impeding Any Official Proceeding
18 U.S.C. 1752(a)(1)- Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. 1752(a)(2)- Knowingly, With Intent to Impede Government Business or Official Functions, Engaging in Disorderly Conduct on Capitol Grounds;
40 U.S.C. 5104(e)(2)(D)- Engaging in Disorderly or Disruptive Conduct on the Capitol Buildings or Grounds;
40 U.S.C. 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in the Capitol Buildings

Date:   February 22, 2021

2021.02.22
23:17:07 -05'00'
*Issuing officer's signature*

City and state:   Washington, D.C.                         Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 2/24/2021, and the person was arrested on *(date)* 3/4/2021
at *(city and state)* Muskogee, OK

Date: 3/4/2021

*Arresting officer's signature*

SPECIAL AGENT ALAN J. SISKA FBI
*Printed name and title*