UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CASE NO. 21-CR-244** |
| v. | : | |
| | : | |
| **JERRY RYALS,** | : | |
| | : | |
| Defendant. | : | |

**CONSENT MOTION TO ADVANCE PLEA**

Defendant Jerry Ryals, by and through undersigned counsel, moves to advance the plea hearing, currently scheduled for June 9, 2022, to **May 11, 2022, at 11:30 am**. The parties have reached a plea agreement and advancing the date will permit Mr. Ryals to appear by video, rather than travel from his home in Oklahoma.

Respectfully submitted,

 */s/ Jay P. Mykytiuk*
JAY P. MYKYTIUK
D.C. Bar No. 976596
Counsel for the Defendant
Scrofano Law PC
406 5th Street NW
Washington, D.C. 20001
(202) 630-1522
jpm@scrofanolaw.com

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of Court, and provided to all parties of record via CM/ECF this 2nd day of May 2022.

_____/s/_____

**Jay Paul Mykytiuk**