# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CRIMINAL NO. 21-CR-00244-CKK |
| v. | VIOLATION: |
| | 18 U.S.C. § 231(a)(3) |
| **JERRY RYALS** | (Civil Disorder) |
| **Defendant.** | |

## INFORMATION

The United States Attorney charges that:

## COUNT ONE

On or about January 6, 2021, within the District of Columbia, **JERRY RYALS**, committed and attempted to commit an act to obstruct, impede, and interfere with a law enforcement officer, that is, an officer from the United States Capitol Police, lawfully engaged in the lawful performance of his/her official duties incident to and during the commission of a civil disorder, and the civil disorder obstructed, delayed, and adversely affected the conduct and performance of a federally protected function.

(Civil Disorder, in violation of Title 18, United States Code, Section 231 (a)(3))

                Matthew Graves
                United States Attorney

            By /s/ *Jeffrey Q. McCarther*

                Jeffrey Q. McCarther
                Assistant United States Attorney

Dated:   05/03/2022