August 31, 2022

Dear Honorable Judge Kollar-Kotelly,

I have known Jerry Ryals since 2003. He has a nice and supportive family. Upon meeting Jerry for the first time, and is still the case today, is that one of Jerry's personality traits that were/are particularly noticeable is how gentle and kind he is. Growing up, Jerry was friends with our two sons and was often the peacemaker between the two. He has spent the night at our house often and sometimes even for a week. Jerry would always often to wash dishes and cook meals. He was always good mannered and polite. While visiting Jerry's mother in April I had the opportunity to see Jerry again and meet his son. He is a very good father. He is a very patient, kind, and loving parent. I wish the best for Jerry.

Sincerely Yours,

Dana Coghlan