August 15, 2022

To Whom It May Concern:

I am writing this character letter on behalf of my cousin, Jerry Edward Ryals. My name is Autumn Powell. I am Jerry's step-cousin. Jerry and I grew up together and continue to have a close relationship in our adult years. I can tell you without a shadow of a doubt that Jerry is one of the kindest people you will ever meet. He has a caring and selfless nature. He may be big in size, but his family and close friends refer to him as a "giant teddy bear."

For as long as I can remember Jerry has been one to go out of his way to help others, no matter what they may have done to him in the past. His sister and I were not always so kind to Jerry growing up, as siblings and cousins can be, but Jerry has never held this over my head. I know if I ever need help I can rely on him.

It is my deepest wish that anyone involved in his hearing would take the time to look at his whole character and consider his kind nature. Jerry made a big mistake and his whole life could be affected by one bad choice influenced by the heat of the moment. I have seen Jerry's remorse and hope you will find it in your heart to judge him lightly.

Sincerely,

Autumn Powell