Ms. Beth Berry
12259 Old Stone Drive
Indianapolis, IN 46236
bberry@advancedturf.com

August 30, 2022

RE:: Defendant Jerry Ryals

To the Honorable Judge Kollar-Kotelly

I am writing on behalf of Jerry Ryals. I have been closely associated with Jerry for eighteen years. In this time, I have witnessed Jerry grow as an adolescent, young adult and even worked in a supervisory role of Jerry at Real Green Software.  During this time Jerry has proven to be of a fine and responsible character and without exception has conducted himself as the type of employee every supervisor seeks to hire.  Jerry was an extremely hard-working employee with an impeccable attendance record and was always held in the highest regard among his peers. Jerry often participated in community outreach on behalf of our organization and was quick to volunteer for all opportunities to serve. Jerry is a hands-on compassionate and caring father who supports his family financially and cares very much for their well-being. Jerry has demonstrated a steadfast and resolute demeanor in overcoming the disruption of the past year and continuing down the path of responsibly caring for his family and continuing to create value in his community. I have hired and managed thousands of employees in my thirty-year career, and Jerry exemplifies the highest work ethic of a father who cares about his country and his family. There is no doubt Jerry's future is very bright and I'm excited to see his continued contributions. It is my hope that this letter will act as a positive contributing factor when your court considers Jerry's very important future.

Sincerely,


Beth A. Berry