September 1, 2022

Dear Judge Kollar-Kotelly,

Re:  Jerry Ryals

I have known Jerry's family for many years and know he comes from a good upbringing.

Jerry is a respectful young man who is engaging and pleasant to be around.

He is dedicated to his family and takes his responsibility as a young father seriously.

Respectfully,

*Shae Garcia*

Shae Garcia