Honorable Judge Kollar-Kotelly

September 10, 2022

Dear Honorable Judge,

My name is Richard Murphy, a close friend to the family of Jerry Edward Ryals. I wish to give you a short background of my ties with Mr. Ryals and some background to his family and their values.

I first met Mr. Ryals in 2007. He is the step-son of Mr. Joseph Kucik of whom I've been close friends with since 1996. While I am currently retired from Real Green Systems (RGS), I was employed there as the Director of Human Resources from 2007 to 2018. Mr. Kucik was the majority owner of this company.

Mr. Ryals moved to Michigan from Oklahoma to live with Mr. Kucik and his wife Sue in 2006 (Mr. Ryals birth mother) and to finish high school. During the following years, Mr. Ryals had been employed in various part-time capacities with RGS. I got to know him during this time frame due to my position with RGS and my friendship with the Kucik family.

While I'm not close friends with Mr. Ryals, I am very familiar with his mother Sue and step-father Joe. I can tell you that they love God and their country, work hard, believe in right and wrong, and take responsibility and are accountable for their actions. They are loving parents who worked hard to instill these values in their children. Mr. Ryals benefited from their love and guidance.

Mr. Ryals went back to Oklahoma sometime around 2015 to be closer to his father and the rest of his extended family. He is gainfully employed as an electrician apprentice in training and is married with a 3 year old child. His goal is to become a self-employed licensed electrician providing electrical services to his community.

If there is any other information that I can provide, please do not hesitate to ask.

Respectfully,

*Richard Murphy*

Richard Murphy
248-421-2082