

Jay Mykytiuk <jpm@scrofanolaw.com>

## Fwd: character witness statement

**Jerry Ryals** <jerry.ryals@gmail.com>  
To: Jay Mykytiuk <jpm@scrofanolaw.com>  
Thu, Sep 15, 2022 at 12:28 AM

---------- Forwarded message ---------  
From: **Bille k** <bizybee247365@gmail.com>  
Date: Wed, Sep 14, 2022, 10:52 PM  
Subject: character witness statement  
To: Jerry Ryals <jerry.ryals@gmail.com>

Dear Your Honorable, Judge Kollar-Kotelly;

   I think it's better to begin this letter from the beginning. Jerry was born breached, and had to be delivered via c-section, due to his size. He was almost 10 lbs, every one in the nursery referred to him as the, " football player". From that day forward, everyone thought of him as being older than he actually was. It must have looked odd to onlookers to see him holding my hand at Disney and other public places, as such a big and tall 7 & 8 year old. I'm sure many boys would have used their size to their advantage, particularily during the hormonal teen years. However, Jerry never did. He never got into fights in school, or anywhere else, to my knowledge, In fact, his nickname, from, at least middle school on, was JerBear, because he was like a big, Teddy bear. The only thing he got into trouble for, was talking too much. His speech was delayed,  but after having speech therapy at the age of three, he started talking, and never seemed to stop. I suppose it was his way of making up for lost time. One of the sweetest thing he did say as a toddler, was on a rainy day, as the rain was rolling down the side of the car window, his response was, "The angels must be crying!" Another time when his sister was getting her vaccines, she started crying hysterically, he got between the nurse and his sister, and told the nurse, "Don't hurt my Slister!" he was three or four at the time and couldn't pronounce sister. Jerry is my baby, although is is an adult, he will always be my sweet baby boy. It's unfortunate that his talking is what has gotten him in trouble.  
    My son is the type of person that is a deep thinker, and helps others out during difficult times. He gives sage advise to others, with much more depth and clarity than someone decades older. He is a gentle soul, and has a kind spirit. He always helps others out, even if it means doing without. He holds doors open for seniors, ladies, and those in need. He is quick to offer help to others. He, even as a boy, would always help his friends mothers with unloading groceries and other tasks, or anyone else needing help or assistance. Jerry has volunteered to do charity work with no need for recognition. He's the one friend you can count on, if you need to borrow money, he will give you his last dime, he will be there to help you, even if you're needing someone to help you move.  
His best friend throughout his Elementary years in Oklahoma suffered from Aspergers Syndrome, as well as, his step brother. I'm sure that helped him become more sensitive towards others. One of our dearest friends has fraternal twin boys, both are non verbal Autistic. Jerry has always enjoyed spending time with them, versus ignoring them, that would be the easiest thing to do, and in fact what many others do. Jerry actually talks to them....makes them feel validated. These boys use an alphabet board to communicate and always say hello and tell Jerry they're happy to see him.  
    As a child, Jerry would spend countless hours trying to befriend his step sisters lap dog, Ginger. Ginger preferred adult males, and was terrified of children. Jerry would lay on the floor, giving her treats and trying to befriend her. She eventually took the treats, but would growl or bite him if he tried to pet her. I lost count of how many times she nipped him, but he eventually won her over! Jerry has always showed patience, kindness and love to animals and humans alike. He has never shown violence towards any living being, nor has he destroy or vandalized anyone property, he has never started rumors or lied about anyone to hurt them. Jerry was, and still is a kind, gentle soul, who gives all he can, whether it's to animals, friends, his toddler son, or other family members.  His heart is and has always been in the right place.

Sincerely  
Sue Kucik