# POLING, McGAW & POLING, P.C.
ATTORNEYS AND COUNSELORS AT LAW
P. O. BOX 915
NOVI, MICHIGAN 48376
(248) 641-0500

**RICHARD B. POLING, JR.**

E-MAIL ADDRESS
RpolingJr@aol.com

RICHARD B. POLING, SR.
(1924 - 2007)

D. DOUGLAS McGAW
(1949 - 2013)

September 12, 2022

Honorable Colleen Kollar-Kotelly
U.S. District Court for the District of Columbia

    RE:    Jerry Edward Ryals

Dear Judge Kollar-Kotelly:

    I am an active, but semi-retired, lawyer practicing law in the State of Michigan. To give you a brief idea of my background, I am attaching my abbreviated CV.

    I have known Mr. Ryals since he and his mother first moved to Michigan in 2006. I have represented the family, and specifically his mother and step-father in their estate plans, corporate and personal issues. This included Mr. Ryals until he moved back to Oklahoma a few years ago.

    My relationship with the family was not purely professional as his mother and step-father remain very close personal friends. Most Thanksgivings were spent with their family including Mr. Ryals as well as other holidays from time to time.

    During his years in Michigan, I never had any problems or events in which Mr. Ryals needed my legal services or advice. He was always well behaved and respectful.

    Mr. Ryals' mother and step-father, and their blended family, are good people who have contributed their time and money to our community and charities here in Michigan. In some of the events, when Mr. Ryals was in town, he participated as well.

    If I can be of further assistance, please do not hesitate to contact me.

Sincerely,

Richard B. Poling Jr.

With attachment

cc:    Mr. Jay Mykytiuk, Esq.
        Mr. Jerry E. Ryals

# RICHARD B. POLING, JR.
P.O. Box 915
Novi, MI 48376
43155 Main Street, Suite 2210E
(248) 641-0500
(248) 990-5565 [mobile]
rpolingjr@aol.com

EMPLOYMENT

    Current:     Poling, McGaw & Poling, P.C.
                      P.O. Box 915
                      Novi, MI 48376

                      Partner (Shareholder) since September 1, 1987

EDUCATION

    Michigan State University College of Law (f/k/a Detroit College of Law), Juris Doctorate 1975

    Michigan State University, Bachelors of Arts 1972, Economics, History and Political Science

LEGAL LICENSURE

    Licensed to practice law in the State of Michigan since 1975

    Admitted to practice law before the following courts:

        Michigan Supreme Court, and all Courts and Administrative Tribunals in the State of Michigan

        U.S. Sixth Circuit Court of Appeals

        U.S. District Court for the Eastern District of Michigan

        U.S. District Court for the Western District of Michigan

PROFESSIONAL ACCOMPLISHMENTS

    Martindale-Hubbell Rating     "AV" Rated since 1982

    **Member of Michigan's Trial Court Funding Commission**; Gubernatorial appointee (nominee of the Senate Majority Leader). Commission was created in 2017 (and sunset on September 28, 2019 by statute) to analyze and recommend methodology of funding and paying for the operations of Michigan's trial courts.

**Attorney in Charge** of Appeal before the Michigan Supreme Court:

- A. *Starr Stimpson v GFI Management Services et al*, 498 Mich 927 (2015); summary reversal on briefs

- B. *Martin I. Levy DDS v Hoskow & Martin P.C.*, 463 Mich 478 (2001)

- C. *Scott Williams v City of Rochester*, 434 Mich 857 (1990)

- D. *Dagenhardt v Special Machine*, 418 Mich 520 (1984); Rehearing, 419 Mich 1207 (1984) Affirmed

- E. *DAIIE v Standfest (Gavin)*, 416 Mich 407 (1982)

- F. *Denham v Bedford*, 407 Mich 517 (1980)

**Attorney in Charge** of Appeal before the Michigan Court of Appeals (reported decisions only):

- A. *Harbor Telegraph 2103 LLC v Oakland County Board of Commissioners*, 253 Mich App 40 (2002)

- B. *Petraszewsky v Keeth*, 201 Mich App 535 (1993)

- C. *Gidday v Wakefield*, 90 Mich App 752 (1979)

**Author of Amicus Curiae Brief** for the Product Liability Advisory Counsel in Michigan Court of Appeals:

- A. *Detroit Board of Education vs Celotex et al*, 196 Mich App 694 (1992)

**Attorney in Charge** of Appeal before the U.S. Court of Appeals, Sixth Circuit (reported decisions only):

- A. *Teresa Bennett et al vs MIS Corporation et al*, 607 F.3d. 1076 (6 Cir., 2010)

- B. *Rent-A-Car Systems Inc Allstate Insurance Company et al vs Thrifty et al*, 249 F.3d 450 (6 Cir., 2001)

- C. *Maldonado v National Acme Company*, 73 F.3d 642 (6 Cir., 1996); Reported below: 849 F. Supp 1175 (1994)

- D. *Cremeans v City of Roseville*, 861 F.2d 878 (6 Cir., 1988); cert. denied, 109 Sup. Ct. 2065 (1989)

**Panel Lecturer** Construction Association Leadership Conference; Controlled Substances in the Workplace; December 6, 2019.

**Attorney Grievance Commission - Commissioner;** Michigan Supreme Court appointee 2001 to 2009; Chairman, 2008 to 2009; Vice Chairman October, 2007 to 2008.  The AGC is responsible for investigating and charging lawyers who are or maybe unethical in their conduct.

**General Counsel** for the Oakland County Board of Commissioners, 1998 to April, 2019.

**Lecturer** - Michigan Municipal League/Michigan Association of Municipal Attorneys:

-Trends & Developments in Liability Insurance; June 26, 2010

-Governmental Immunity and Tort Liability Update; April 21, 2005, November 5, 2003; October 9, 1997; November 4, 1994; & February 23, 1988

-Legal Update on Governmental Liability under Federal Civil Rights Laws including ADA, ADEA, Civil Rights Act of 1876, and others; May 13, 1999

-Ramifications of Amendments to IRC 104(a)(2) on Settlements and the Daubert Hearings in State Actions Post Tort Reform; March 24, 1998

-Governmental Immunity and the Tort Reform Acts of 1995 [1995 PA 161, 222 and 249]; May 2, 1996

**Guest Lecturer** - Cooley Law School; The Attorney Grievance Process; May 20, 2010

**Special Counsel** for Washtenaw County on court funding; 2003-2004

**National Trial Advocacy Judge/Juror at Michigan State University College of Law**; 2001 to 2010.

**Field Supervisor** Cooley Law School Extern Program; Fall, 1999 to 2001; 2009

**Lecturer** - Michigan Association of Counties on Liability of Counties for Trespass-Nuisance Damages, September 8, 1999

**Lecturer** - Institute of Continuing Legal Education (ICLE) on Premises Liability & Expert Testimony under Daubert, Joiner and Kuhmo Tire and Michigan Law (MCL 600.2955); July 22, 1999

**Author** - Defense Research Institute's monograph on Employment Law Basics; Article on Agents vs Employees; published in September, 1997

**Author** - Michigan Township News, "Keep Your Township Out of Court" and "Seven Steps To Reduce Your Township Liability", Michigan Township Association, May, 1997

**Speaker/Presenter** at Joint Conference of the Bench & Bar on Alternative Dispute Resolution; May 17, 1996

**Lecturer** - Michigan Township Association on governmental immunity and controlling litigation and attorney costs; January 24, 1996

**Moderator** - Institute of Continuing Legal Education on Insurance Law Update; 1994

**Lecturer** - Michigan Municipal Attorneys Institute sponsored by the Michigan Municipal League on Governmental Immunity and the Handling of Claims for Cities; June, 1990 including discussion of the Michigan Manual of Uniform Traffic Control Devices and AASHTO's A Policy on Geometric Design of Highways and Streets (1984)

**Attorney/Representative** for the County Road Commissioners' Association of Michigan to the Michigan Legislature's Joint Ad Hoc Committee on Governmental Immunity, 1982

**Lecturer** - Institute of Continuing Legal Education of Construction and Surety Law; 1982

PROFESSIONAL ASSOCIATIONS (CURRENT)

**State Bar of Michigan:**   Section Memberships; Appellate Practice; Business Law Environmental Law Section; Family Law; Litigation; Master Lawyers Section; Negligence Law; Public Corporation Law Section; Real Property Law Section; Insurance Committee, Member 1992 to 1998.

**Advocates Guild of the Michigan Supreme Court Historical Society**, 2010 to present. Membership is limited to those who have participated in oral argument before the Supreme Court and had the decision published.  There are approximately 100 members at this time.

PROFESSIONAL ASSOCIATIONS (PAST)

**American Bar Association**

**Oakland County Bar Association:**

>**Lobbying Coordinator** - Co-Chairman of the Oakland County Bar Association's Legislative Committee which made recommendations for positions on pending legislation; supervised its lobbyist; and assisted in coordinating testimony before the Legislature from 2006 until 2018.
>
>District Court Liaison Committee

**Federal Bar Association**

**Association of Defense Trial Counsel - Michigan Chapter**

**Defense Research Institute**